United States District Court
Southern District of Texas
FILED

JUL 24 2012

David J. Bradley, Clerk

U.S. Department of Justice
United States Attorney

*Magistrate*

# United States District Court
## SOUTHERN District of Texas
### McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | GRAND JURY NO. __2__ |
| V. | § § | |
| LUIS MIRELES RIOS-GARZA, ET AL. | § § | CRIMINAL NO.: M-11-1667-S1 |

## ORDER FOR BENCH WARRANT
## AND SETTING AMOUNT OF BAIL

It appearing to the Court that an indictment has been returned against the below-named defendant, it is hereby

ORDERED that warrants be issued for the arrest of said defendant, and bail is hereby fixed in the amount(s) shown below, returnable instanter to the McAllen Division of this Court, such bail to be taken by any United States Magistrate.

| DEFENDANT(S) | AMOUNT OF BAIL |
|---|---|
| LUIS MIRELES RIOS-GARZA | NO BOND |
| JESUS EDEN LANDA-GOMEZ<br>also known as Gordo | NO BOND |
| FELIX LANDA-GOMEZ<br>also known as JR | NO BOND |
| ISMAEL GARCIA-GONZALEZ<br>also known as La Burra | NO BOND |
| JUAN GARZA<br>also known as Prieto | NO BOND |

YERED MORALES-ALVAREZ                               NO BOND

ENTERED at McAllen, Texas, this __24th__ day of July, 2012.

                                                                              UNITED STATES MAGISTRATE JUDGE